UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

SHARON A. JAMES,

                          Plaintiff,

                 v.

EQUIFAX INFORMATION SERVICES, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, CAPITAL ONE BANK,
BANKFIRST, DIRECT MERCHANTS
CREDIT CARD BANK, and PERFORMANCE
CAPITAL MANAGEMENT, INC.

                     Defendants.

------------------------------------------------------------- x

Case No. 04 Civ. 2586 (FB) (RML)

Date: April 27, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 2 9 2005 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Sharon A. James and defendant **Bankfirst**

stipulate to the dismissal of the Complaint in the above-captioned matter, with prejudice, each

party to bear its own costs.

Respectfully submitted,

FISHMAN & NEIL, LLP
305 Broadway
Suite 900
New York, NY 10007
(212) 897-5840
Attorneys for Plaintiff James

So Ordered

U.S.D.J. 4/28/05

Shoshana Gillers
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
Attorneys for Defendant Bankfirst