

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

**Sharon James,**

       Plaintiff,                     **ORDER OF DISCONTINUANCE**

    -vs-

                                           CV- 04-2586(FB)(RM)

**Equifax Information Services,**

       Defendant.

------------------------------------------------X



        It having been reported to the Court that the above action has been settled, it is

      ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                          SO ORDERED.

                               Frederic Block

                      UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
         June 19, 2006